# Memorandum

FILED 

**CR09-00466**

| Subj: | Date: May 13, 2009 |
|---|---|
| UNITED STATES v. JOSE ALFARO, ET AL. | 2009 MAY 13 PM 2:50 |

| To: | From: |
|---|---|
| SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | ELIZABETH CARPENTER<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

<u>United States v. Jose Alfaro, et al</u>, being filed on May 13, 2009,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

*Elizabeth Carpenter*
ELIZABETH CARPENTER
Assistant United States Attorney
Criminal Division